# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156396(27)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                               SC: 156396
                               COA: 337063
JESSIE WILLIE GREEN,             Wayne CC: 14-000470-FH
        Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's May 29, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



                          Clerk

d0905